UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:00-cv-002-RLV
(3:97-cr-333-1)

| | |
|---|---|
| LEROY JOSEPH KELLY, | ) |
| Petitioner, | ) |
| vs. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

UPON MOTION OF Petitioner, (Doc. No. 21), for Reconsideration of the Court's prior Order, (Doc. No. 18), dismissing as an unauthorized successive petition Petitioner's "Motion for Reconsideration re Order on Motion of Independent Action to Support Rule 60(D),"

IT IS HEREBY ORDERED that Petitioner's Motion for Reconsideration, (Doc. No. 21), is **DENIED**.

Signed: February 23, 2016

Richard L. Voorhees
United States District Judge